**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHURCH MUTUAL INSURANCE COMPANY S.I.** | ) | **CASE NO.  1:25-cv-1741** |
| | ) | |
| | ) | **JUDGE J. PHILIP CALABRESE** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **JOINT STATUS REPORT** |
| **FOREST ROOFING LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiff, Church Mutual Insurance Company S.I., and Defendant, Forest Roofing LLC (hereinafter collectively "the parties"), hereby submit their Second Joint Status Report as required pursuant to the Court's Order of March 31, 2026.   The parties are working toward resolving all claims in the captioned matter and anticipate filing a stipulation of dismissal within 45 days.

Respectfully submitted,

<table>
<tr><td>/s/ Mark Utke (per e-mail consent)</td><td>/s/ Joseph Monroe II</td></tr>
<tr><td>

**MARK E. UTKE (0088559)**
**COZEN O'CONNOR, P.C.**
One Liberty Place – Suite 2800
1650 Market Street
Philadelphia, PA  19103
(215) 665-2164
(215) 665-2013  Fax
mutke@cozen.com
*Counsel for Plaintiff*

</td><td>

**TODD M. HAEMMERLE (0062328)**
**JOSEPH MONROE II (0086540)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
Tel:  (216) 241-5310
Fax:  (216) 241-1608
thaemmerle@gallaghersharp.com
jmonroe@gallaghersharp.com
*Counsel for Defendant*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on **June 30, 2026,** the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/Joseph Monroe II

**JOSEPH MONROE II (0086540)**
GALLAGHER SHARP, LLP
*Counsel for Defendant*