**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHURCH MUTUAL INSURANCE COMPANY S.I.** | ) | **CASE NO.  1:25-cv-1741** |
| | ) | |
| | ) | **JUDGE J. PHILIP CALABRESE** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **STIPULATED NOTICE OF DISMISSAL** |
| **FOREST ROOFING LLC** | ) | **ENTRY** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

The parties, by and through the undersigned counsel, hereby stipulate that all claims have been settled and dismissed, with prejudice. Defendant Forest Roofing LLC shall pay court costs.

The Court retains jurisdiction to enforce the terms of the settlement.

Respectfully submitted,

/s/ Mark E. Utke

**MARK E. UTKE (0088559)**
**COZEN O'CONNOR, P.C.**
One Liberty Place – Suite 2800
1650 Market Street
Philadelphia, PA  19103
(215) 665-2164
(215) 665-2013  Fax
mutke@cozen.com
*Counsel for Plaintiff*

/s/ Todd M. Haemmerle

**TODD M. HAEMMERLE (0062328)**
**JOSEPH MONROE II (0086540)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
Tel:  (216) 241-5310
Fax:  (216) 241-1608
thaemmerle@gallaghersharp.com
jmonroe@gallaghersharp.com
*Counsel for Defendant*